**Opinion filed October 23, 2014**



In The

# Eleventh Court of Appeals

———————

## No. 11-14-00076-CV

———————

## CRAIG A. WASHINGTON, Appellant

## V.

## COMMISSION FOR LAWYER DISCIPLINE, Appellee

**On Appeal from the 335th District Court**

**Bastrop County, Texas**

**Trial Court Cause No. 28,381**

## M E M O R A N D U M   O P I N I O N

The trial court entered a judgment of public reprimand against Craig A. Washington, and Washington filed a notice of appeal on March 10, 2014. On July 9, 2014, after Washington failed to pay for the reporter's record, this court notified him that the appeal would be submitted on the clerk's record alone and that his brief was due for filing on or before August 8, 2014. Washington did not file a brief by that date, so we granted an extension on our own motion and directed that Washington's brief be filed on or before September 15, 2014.

Washington has yet to file a brief or a motion for extension and has not responded to this court's recent inquiries regarding his brief. Accordingly, we conclude that the appeal should be dismissed based upon Washington's failure to prosecute the appeal. TEX. R. APP. P. 38.8, 42.3.

      The appeal is dismissed for want of prosecution.

PER CURIAM

October 23, 2014

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.